IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BILLY DWIGHT ESCO, #243 253         *

    Plaintiff,                                    *

    v.                                               *          2:09-CV-4-TMH
                                                           (WO)
LT. STEEL, *et al.*,                          *

    Defendants.                              *

_____

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this 42 U.S.C. § 1983 action on January 5, 2010. At the time he filed this complaint, Plaintiff was incarcerated at the Donaldson Correctional Facility located in Bessemer, Alabama. On July 8, 2009 the court entered an order of procedure which instructed Plaintiff, among other things, to inform the court of any change in his address. (*Doc. No. 26*.) Plaintiff notified the court on July 7, 2009 that he had been transferred to the Elmore Correctional Facility in Elmore, Alabama, which is the most recent address Plaintiff provided to the court.

It recently came to the court's attention that Plaintiff is no longer housed at the Elmore Correctional Facility. Consequently, an order was entered on May 28, 2010 directing Plaintiff to provide the court with his present address on or before June 10, 2010. (*Doc. No. 49*.) Plaintiff was cautioned that his failure to comply with the court's May 28 order would result in a recommendation that this case be dismissed. (*Id*.) The envelope containing

Plaintiff's copy of the May 28 order was returned to the court on June 7, 2010 marked as undeliverable.

It is clear that Plaintiff is no longer incarcerated at the Elmore Correctional Facility and that he has not provided this court with his current address. The undersigned, therefore, concludes that this case is due to be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **July 22 , 2010.** Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of*

*Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 8th day of July, 2010.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE